FILED
CLERK, U.S. DISTRICT COURT
03/23/21
CENTRAL DISTRICT OF CALIFORNIA
BY: DM           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>MARLON CARL WILSON,<br>   aka "Clay,"<br><br>         Defendant. | CR 2:21-cr-00143-SVW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Distribution of Methamphetamine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 26, 2019, in Los Angeles County, within the Central District of California, defendant MARLON CARL WILSON, also known as "Clay," knowingly and intentionally distributed at least 50

//

//

//

1  grams, that is, approximately 82 grams, of methamphetamine, a
2  Schedule II controlled substance.
3
4
5                                              A TRUE BILL
6
7                                              _____/S/_____
                                               Foreperson
8
   TRACY L. WILKISON
9  Acting United States Attorney

10 BRANDON D. FOX
   Assistant United States Attorney
11 Chief, Criminal Division

12 [signature]

13
   SCOTT M. GARRINGER
14 Assistant United States Attorney
   Deputy Chief, Criminal Division
15
   JOSHUA O. MAUSNER
16 Assistant United States Attorney
   Deputy Chief, General Crimes
17 Section

18 IAN V. YANNIELLO
   Assistant United States Attorney
19 International Narcotics, Money
   Laundering, and Racketeering
20 Section

21
22
23
24
25
26
27
28